# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 7, 2011

No. 10-20651

Lyle W. Cayce
Clerk

GERALDINE NICHOLAS, Individually and as Administratrix of the Estate
of James Nicholas,

Plaintiff-Appellant

v.

KBR INC; M.W. KELLOGG CO.; KELLOGG BROWN & ROOT INC.;
HALLIBURTON,

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:07-CV-657

Before KING, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Geraldine Nicholas, individually and as administratrix
of the estate of James Nicholas, appeals the district court's summary judgment
in favor of Defendants-Appellees KBR Inc., M.W. Kellogg Brown & Root Inc., and
Halliburton. We have carefully reviewed the exhaustive Memorandum and
Opinion of the district court as well as the appellate briefs filed herein, the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 10-20651

record on appeal, and the applicable law. We are satisfied that the district court's summary judgment should be, and hereby is, affirmed for essentially the reasons and reasoning given by that court.

AFFIRMED.